UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARLENE SCHROEDER, Individually and on Behalf of All Others Similarly Situated,<br><br>                                                Plaintiff,<br><br>- against -<br><br><br>THE POLISH-AMERICAN POLITICAL CLUB OF SOUTHAMPTON NY INC and 230 ELM LLC<br>                                                Defendants. | 18cv2279 (ADS)(AYS)<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant 230 ELM LLC have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant 230 ELM LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:    Central Islip, New York

            August 17, 2018

                                                   **DOUGLAS C. PALMER**
                                                   Clerk of Court

                                         **By:**   /s/ Laurie Coleman
                                                            **Deputy Clerk**